August 31, 2007

Mr. Ronald T. McLain
The Crim Law Firm
4900 Travis
Houston, TX 77002
Mr. Barry L. Hardin
David Goodman & Madole
5420 LBJ Freeway, Ste. 1200
Dallas, TX 75240

RE: Case Number: 06-0258
 Court of Appeals Number: 02-05-00044-CV
 Trial Court Number: 352-198691-03

Style: DENIS PROULX
 v.
 MICHAEL A. WELLS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Stephanie |
| |Robinson |